In the Matter of MARIA BRICKER, as Committee for ANNA KRIMER, an Incompetent Person, Appellant. WILLIAM KRIMER, Respondent.—

The record and appellant's brief must be served and filed on or before October 9, 1961. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

In the Matter of the Probate of the Will of ILIJA KRIMER, Deceased. MARIA BRICKER et al., Appellants; WILLIAM D. KRIMER et al., Respondents.—

The record and appellants' brief must be served and filed on or before October 9, 1961. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

ABRAHAM M. SOBEL, Respondent, v. CITY OF NEW YORK et al., Appellants.—

Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

### (September 8, 1961)

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ANTHONY ABBATE-MARCO, Relator, v. MILTON KLEIN, as Warden of the City Prison of the City of New York, County of Bronx, Respondent.—

On consideration of the papers submitted (including the Grand Jury minutes) and the argument of counsel, we are unable to say that the bail fixed in the County Court is unreasonable or excessive. Nolan, P. J., Beldock, Kleinfeld, Christ and Pette, JJ., concur.

DANIEL S. DONOVAN et al., Respondents, v. WILLIAM WEISNER, Appellant.—

The record and appellant's brief must be served and filed on or before October 10, 1961. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

LOUIS ENGEL & Co., INC., Respondent, v. ZARET REALTY CORP., Appellant.—

Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.